THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
Maurice Leif Gordon,       
Appellant.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-525
Submitted October 1, 2004  Filed October 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of 
 Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, all of Columbia; and Solicitor Edgar Lewis Clements, 
 III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Maurice Leif Gordon 
 appeals his conviction for distribution of crack cocaine and distribution of 
 crack cocaine within proximity of a school.  He argues the trial court lacked 
 subject matter jurisdiction to convict him due to faulty indictment and, alternatively, 
 error in the trial court's denial of his motion for a directed verdict.  After 
 a thorough review of the record, appellant's pro se brief, and 
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 Gordons appeal under Rule 220(b)(2), SCACR, and grant counsels motion to be 
 relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, ANDERSON, and WILLIAMS, JJ., 
 concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.